IN THE CIRCUIT COURT, SEVENTH
JUDICIAL CIRCUIT, IN AND FOR
VOLUSIA COUNTY, FLORIDA

CASE NO.:
DIVISION:

WAYNE ORENSTEIN,

    Plaintiff,

vs.

STATE FARM FIRE AND
CASUALTY COMPANY,

    Defendant.
_____/

## COMPLAINT

COMES NOW the Plaintiff, WAYNE ORENSTEIN, and sues the Defendant, STATE FARM FIRE AND CASUALTY COMPANY, and alleges:

1. This is an action for damages in excess of Fifteen Thousand Dollars ($15,000.00), exclusive of interest, costs and attorneys fees.

2. This claim arises under the uninsured/underinsured motorist provision of a policy of automobile insurance issued by the Defendant, STATE FARM FIRE AND CASUALTY COMPANY, in favor of the Plaintiff, WAYNE ORENSTEIN, which Plaintiff, WAYNE ORENSTEIN, had in full force and effect with Defendant, STATE FARM FIRE AND CASUALTY COMPANY, on December 2, 2008. A copy of the insurance policy declarations page is attached hereto as Plaintiff's Exhibit "A" and is fully incorporated herein by reference.

3. At all times material hereto, the Plaintiff, WAYNE ORENSTEIN, was a resident of Deltona, Volusia County, Florida.

4. At all times material hereto, the Defendant, STATE FARM FIRE AND CASUALTY COMPANY, was a corporation licensed to do business in the State of Florida.

5. Plaintiff, WAYNE ORENSTEIN, was the owner and operator of a 2006 Yamaha motorcycle, vehicle identification number JYASH03Y26A002687.

6. Plaintiff has fully complied with all necessary conditions precedent to the filing of this action.

7.. On or about December 2, 2008, Plaintiff WAYNE ORENSTEIN, was injured in a motor vehicle accident at or near Howard Boulevard in Deltona, Volusia County, Florida with a 2001 Chrysler motor vehicle owned and operated by JAMES DURLAND, an uninsured or underinsured motorist.

8. At the above mentioned time and place, JAMES DURLAND, so carelessly and negligently operated or maintained the 2001 Chrysler motor vehicle so as to cause said automobile to collide with the motor vehicle operated by Plaintiff, WAYNE ORENSTEIN's, 2006 Yamaha motorcycle.

9. Following the motor vehicle collision, Defendant, STATE FARM FIRE AND CASUALTY COMPANY, failed to adequately compensate Plaintiff, WAYNE ORENSTEIN, and thereby breached the insurance contract existing between the two.

10. As a result the Plaintiff, WAYNE ORENSTEIN, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and/or aggravation of a previously existing condition. The losses are either permanent or continuing and the Plaintiff will suffer the losses in the future. All of such damages have been sustained by the Plaintiff since the motor vehicle accident described above and will be sustained by him for the rest of his life

WHEREFORE, the Plaintiff, WAYNE ORENSTEIN, sues the Defendant, STATE FARM FIRE AND CASUALTY COMPANY, for compensatory damages and the Plaintiff claims an amount in excess of Fifteen Thousand Dollars ($15,000.00), exclusive of interest, attorneys fees and costs, and demands a trial by jury.

RUE & ZIFFRA, P.A.

_____
Luis R. Gracia, Esquire
632 Dunlawton Avenue
Port Orange, FL 32127
(386) 788-7700
FBN: 0152943
Attorney for Plaintiff

State Farm Fire and Casualty Company
7401 Cypress Gardens Boulevard
Winter Haven FL 33888

NAMED INSURED          00536   59-6788-231R

ORENSTEIN, WAYNE
2517 DELAWARE RD
DELTONA FL 32738-2913

83371-2-R    M--CH 00536 FIRE   OVL

## DECLARATIONS PAGE

| POLICY NUMBER | 646 4673-E27-59 |
|---|---|
| POLICY PERIOD | NOV 27 2007 to MAY 27 2008 |

**AGENT**
JAMES RAYNOR JR
2751 ENTERPRISE RD
SUITE 201
ORANGE CITY, FL 32763-8257

PHONE: (386)775-2702

**DO NOT PAY PREMIUMS SHOWN ON THIS PAGE.
SEPARATE STATEMENT ENCLOSED IF AMOUNT DUE.**

| YEAR | MAKE | MODEL | BODYSTYLE | VEHICLE ID NUMBER | CLASS |
|---|---|---|---|---|---|
| 2006 | YAMMAH | MAJESTY | MTRCYCLE | JYASH03Y26A002687 | 1A0S000000 |

| SYMBOLS & COVERAGES | PREMIUMS |
|---|---|
| See policy for coverage details. | 2006 YAMMAH |
| Limits of Liability-Coverage A-Bodily Injury | |
| $100,000   $300,000 | |
| Each Accident | |
| D250  $250 Deductible Comprehensive | $38.34 |
| U3... Nonstacking Uninsured Motor Vehicle | $244.14 |
| Each Person, Each Accident | |
| Total Premium for the policy period NOV 27 2007 to MAY 27 2008 | $394.06 |

**IMPORTANT MESSAGES**

Your policy will be assessed 1% due to the Florida Hurricane Catastrophe Fund Assessment.

Your policy consists of this declarations page, the policy booklet - form 9910.7, and any endorsements that apply, including those issued to you with any subsequent renewal notice.

For questions, problems or to obtain information about coverage call: (386)775-2702.

**EXCEPTIONS/ENDORSEMENTS**
6127HH    AMENDATORY ENDORSEMENT.
6279AD.3  MOTORCYCLE COVERAGE.
6910.3    AMENDMENT OF DEFINED WORDS; INSURED'S DUTIES; LIABILITY
          NO-FAULT; MEDICAL PAYMENTS; UNINSURED MOTOR VEHICLE & PHYSICAL
          DAMAGE COVERAGES; & CONDITIONS.

EXHIBIT  A

12079/04926

Agent:      JAMES RAYNOR JR
Telephone:  (386)775-2702
Prepared    DEC 03 2007      6788-612

# 2009 FOR PROFIT CORPORATION ANNUAL REPORT
DOCUMENT# 805353

FILED
Apr 23, 2009
Secretary of State

**Entity Name:** STATE FARM FIRE AND CASUALTY COMPANY

**Current Principal Place of Business:**

ONE STATE FARM PLAZA
BLOOMINGTON, IL 617100001 US

**New Principal Place of Business:**

**Current Mailing Address:**

ONE STATE FARM PLAZA
D-2
BLOOMINGTON, IL 617100001 US

**New Mailing Address:**

FEI Number: 37-0533080   FEI Number Applied For ( )   FEI Number Not Applicable ( )   Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

INSURANCE COMMISSIONER
C/O CHIEF FINANCIAL OFFICER
200 E. GAINES STREET
TALLAHASSEE, FL 32399 US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____
Electronic Signature of Registered Agent                Date

Election Campaign Financing Trust Fund Contribution ( ).

## OFFICERS AND DIRECTORS:

| | |
|---|---|
| Title: | VD    ( ) Delete |
| Name: | DAVIDSON, MICHAEL C |
| Address: | ONE STATE FARM PLAZA |
| City-St-Zip: | BLOOMINGTON, IL 617100001 |

| | |
|---|---|
| Title: | VD    ( ) Delete |
| Name: | BOYDEN, BRIAN V |
| Address: | ONE STATE FARM PLAZA |
| City-St-Zip: | BLOOMINGTON, IL 617100001 |

| | |
|---|---|
| Title: | VD    ( ) Delete |
| Name: | RUTROUGH, JAMES E JR. |
| Address: | ONE STATE FARM PLAZA |
| City-St-Zip: | BLOOMINGTON, IL 617100001 |

| | |
|---|---|
| Title: | PDC    ( ) Delete |
| Name: | RUST, EDWARD B JR |
| Address: | ONE STATE FARM PLAZA |
| City-St-Zip: | BLOOMINGTON, IL 617100001 |

| | |
|---|---|
| Title: | VS    ( ) Delete |
| Name: | BRUNNER, KIM M |
| Address: | ONE STATE FARM PLAZA |
| City-St-Zip: | BLOOMINGTON, IL 617100001 |

| | |
|---|---|
| Title: | VTD    ( ) Delete |
| Name: | TIPSORD, MICHAEL L |
| Address: | ONE STATE FARM PLAZA |
| City-St-Zip: | BLOOMINGTON, IL 617100001 |

## ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:

| | |
|---|---|
| Title: | ( ) Change ( ) Addition |
| Name: | |
| Address: | |
| City-St-Zip: | |

| | |
|---|---|
| Title: | ( ) Change ( ) Addition |
| Name: | |
| Address: | |
| City-St-Zip: | |

| | |
|---|---|
| Title: | AST    (X) Change ( ) Addition |
| Name: | THEIN, RONALD B |
| Address: | ONE STATE FARM PLAZA |
| City-St-Zip: | BLOOMINGTON, IL 617100001 |

| | |
|---|---|
| Title: | ( ) Change ( ) Addition |
| Name: | |
| Address: | |
| City-St-Zip: | |

| | |
|---|---|
| Title: | ( ) Change ( ) Addition |
| Name: | |
| Address: | |
| City-St-Zip: | |

| | |
|---|---|
| Title: | ( ) Change ( ) Addition |
| Name: | |
| Address: | |
| City-St-Zip: | |

I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Chapter 119, Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE: RONALD B. THEIN                                        AST                    04/23/2009
Electronic Signature of Signing Officer or Director                                         Date

EX. B



**PROPERTY AND CASUALTY COMPANIES—ASSOCIATION EDITION**

# ANNUAL STATEMENT
## FOR THE YEAR ENDED DECEMBER 31, 2008
OF THE CONDITION AND AFFAIRS OF THE
### State Farm Florida Insurance Company

| | | | | | |
|---|---|---|---|---|---|
| NAIC Group Code | 0176 (Current Period) | 0176 (Prior Period) | NAIC Company Code  10739 | Employer's ID Number | 36-4261774 |

Organized under the Laws of __Florida__, State of Domicile or Port of Entry __Florida__
Country of Domicile __US__
Incorporated/Organized __12/07/1998__    Commenced Business __12/30/1998__
Statutory Home Office __7401 Cypress Gardens Blvd.__, __Winter Haven, FL 33888__
(Street and Number)  (City or Town, State and Zip Code)
Main Administrative Office __7401 Cypress Gardens Blvd.__  __Winter Haven, FL 33888__  __863-318-3000__
(Street and Number)  (City or Town, State and Zip Code)  (Area Code) (Telephone Number)
Mail Address __7401 Cypress Gardens Blvd.__, __Winter Haven, FL 33888__
(Street and Number or P.O. Box)  (City or Town, State and Zip Code)
Primary Location of Books and Records __One State Farm Plaza__  __Bloomington, IL 61710__  __309-766-2311__
(Street and Number)  (City or Town, State and Zip Code)  (Area Code) (Telephone Number)
Internet Website Address __www.statefarm.com__
Statutory Statement Contact __Tamara Jacquot__  __309-766-2991__
(Name)  (Area Code) (Telephone Number) (Extension)
__home.acct-fra.459y00@statefarm.com__  __309-766-4655__
(E-mail Address)  (Fax Number)

## OFFICERS

| Name | Title | Name | Title |
|---|---|---|---|
| James Murray Thompson # | President and Chief Executive Officer | Kim Martin Brunner | Vice President, Chief Legal Officer and Secretary |
| Michael Leon Tipsord | Vice President and Treasurer | | |

### OTHER OFFICERS

| | | | |
|---|---|---|---|
| Richard Charles Cain | Vice President - Operations | Barbara Rembert Carr | Vice President - Agency |
| Dale Ruben Egeberg * | Vice President and Controller | Charles Ray Gomez | Vice President - Agency |
| Cheryl Renee Herrin | Operations Vice President | Susan Quasebarth Hood | Claims Vice President |
| Jeffrey Warren Jackson # | Vice President and General Counsel | Roderick Moore Matthews | Underwriting Vice President |
| Kathleen Mary Pechan | Vice President and Actuary | Susan Antoinette Pinkard # | Vice President - Agency |
| William Wayne Roundtree | Agency Vice President | Rickey Keith Wilson | Vice President - Operations |

### DIRECTORS OR TRUSTEES

| | | | |
|---|---|---|---|
| Sandra Faye Arnold | Brian Vincent Boyden | Adam William Herbert, Jr. | Laura Patricia Sullivan |
| James Murray Thompson # | | | |

State of ........Illinois........
County of ........McLean........  ss

The officers of this reporting entity, being duly sworn each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC Annual Statement Instructions and Accounting Practices and Procedures Manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

| James M. Thompson | Kim M. Brunner | Michael L. Tipsord |
|---|---|---|
| President and Chief Executive Officer | Vice President, Chief Legal Officer and Secretary | Vice President and Treasurer |

Subscribed and sworn to before me this
__23rd__ day of __February 2009__

a. Is this an original filing?   Yes [X] No [ ]
b. If no,
1. State the amendment number
2. Date filed
3. Number of pages attached

Terri P Galloway State of Illinois
May 16 2011

* Person having charge of the accounts and finances of the insurer.

Ex. C



# RUE & ZIFFRA, P.A.

*Attorneys & Counselors At Law*

632 DUNLAWTON AVENUE • PORT ORANGE, FLORIDA 32127-4384
DAYTONA AREA (386) 788-7700
FAX (386) 788-8707
WWW.RUEZIFFRA.COM

March 4, 2009

Peggy Page
State Farm Insurance
P.O. Box 9608
Winter Haven, FL 33883

Re:      Our Client:      Wayne Orenstein
         Our File No.:      18102
         Date of Accident:      12/02/2008
         Your Insured:      Wayne Orenstein
         Claim Number:      59-A122-990

Dear Ms. Page:

Attached you will find the tender letter from Travelers Insurance Company for the full policy limits.

As discussed Dr. Litke has recommended a left lung decortication via thoracoscopy vs. open technique to repair the lung. I am also enclosing the updated records from Florida Medical Associates which were previously sent on March 2, 2009.

At this time, my client is still treating with Florida Medical Associates. He is scheduled to return to Dr. Litke this month with regard to the pleural effusion. He is also schedule for pain management at Advanced Pain Management. Those records have been requested and will be forwarded upon receipt.

Please let me know at your earliest convenience whether State Farm is asserting subro rights.

Should you have any questions, please do not hesitate to contact me.

Sincerely yours,

Luis R. Gracia

EX. D


**TRAVELERS J**
of Florida

Jim Headley

Technical Specialist
First Floridian Auto and Home Insurance Company
P.O. Box 30180
Tampa, FL 33630-3180
813-882-6434 work
888-287-6448 fax
JHEADLE@travelers.com

February 19, 2009

Rue & Ziffra, P.A.
632 Dunlawton Ave.
Port Orange, FL 32127-4384

Your Client: Wayne Orenstein
Date of Accident: December 2, 2008
Our Claim Number: UAV0543
Our Policy Holder: James Durland

Dear Mr. Gracia,

This letter confirms my conversation with Susan Coy of your office earlier this morning. We have agreed to settle the case for our policy limit of $100,000. Ms. Coy informed me that mailing the check and release would be permissible in this case and satisfy your demand letter of January 27, 2009. If this is not the case please call me immediately.

The settlement check, made payable to your firm, will arrive under separate cover. If it does not arrive within a few days of your receipt of this letter, please notify me.

Also enclosed is a proposed release for your consideration. It is not intended that this release create new terms or conditions with regard to settlement of this claim. Since not all release forms precisely fit the facts and circumstances of every claim, please call me if you have any questions. You may also send us any suggested changes, additions or deletions with an explanation, or forward your proposed release form. What we seek is a mutually acceptable release to memorialize our settlement agreement. The settlement proceeds should be held in trust until your client has executed the agreed release.

As agreed, as part of our settlement, your client agrees to satisfy valid liens, assignments of benefits, or other claims for unsatisfied medical expenses that may be asserted.

It has been a pleasure working with you to settle this claim. If you have any questions, please contact the undersigned at your earliest convenience.

Sincerely,

Jim Headley
Technical Specialist
Phone: 813-882-6434/800-238-6233, ext. 6434
Fax: 888-287-6448
Cc: James & Rita Durland

COPY

PO Box 9618
Winter Haven, FL 33883-9618
Fax: 800-627-4023

March 9, 2009

Rue & Ziffra, P.A.
632 Dunlawton Ave
Port Orange, FL 32127-4384

RE: Claim Number: 59-A122-990
    Date of Loss: December 2, 2008
    Our Insured: Wayne Orenstein

Dear Sir:

This letter is to extend permission on behalf of State Farm for you to settle with the at-fault party's insurance carrier for their bodily injury liability limits.

Please furnish a copy of the Release and Declarations Page verifying policy limits.

Thank you for your cooperation.

Sincerely,


Peggy Page x87003
Claim Representative
(800) 879-2435
State Farm Fire and Casualty Company


HOME OFFICES:   BLOOMINGTON, ILLINOIS 61710

Ex. E



# RUE & ZIFFRA, P.A.
### Attorneys & Counselors At Law

632 Dunlawton Avenue • Port Orange, Florida 32127-4384
Daytona Area (386) 788-7700
Fax (386) 788-8707
WWW.RUEZIFFRA.COM

February 25, 2009

Rec'd In CIOS
FEB 27 2009

Amanda Young
State Farm Insurance
P.O. Box 9608
Winter Haven, FL 33883

Re:      Our Client:      Wayne Orenstein
         Our File No.:      18102
         Date of Accident:      12/02/2008
         Your Insured:      Wayne Orenstein
         Claim Number:      59-A122-990

Dear Ms. Young:

This letter and the information it contains are being provided to you at this time in the hope that an amicable settlement can be reached. This information may not be used at a later trial or arbitration without prior written consent from the Plaintiff, nor may it be construed as an admission against interest or party.

As I am sure you are aware, Mr. Orenstein was on his motorcycle at the time of the accident when he was stuck by James Durland who failed to yield the right of way, thereby colliding with my client. There was a significant amount of property damage to my client's motorcycle as a result of the impact.

Mr. Orenstein was immediately taken by EVAC to Halifax Hospital where he was admitted into intensive care and treated for multiple injuries, including but not limited to loss of consciousness for several hours, right frontal lobe contusion, small frontal polar traumatic subarachnoid hemorrhage, multiple left sided displaced rib fractures and a collapsed lung.

He is still currently treating at Florida Medical Associates and with thoracic surgeon, Bradley Litke who did recommend a left lung decortications via thoracoscopy vs. open technique to repair the lung. He is also scheduled to treat at Advance Pain Management for pain management.

EX. F

I am enclosing copies records and bills from Halifax Medical Center, EVAC, Twin Lakes Imaging, Florida Medical Associates and Dr. Litke.

Insofar as Mr. Orenstein did not have PIP or health insurance, his medical expenses to date total $22,808.61. Naturally, he will continue to incur heavy medical expenses and surgery to correct the collapsed lung.

Our client has suffered serious physical losses so a timely resolution of this case will enable him to move on with his life and get the proper medical treatment he needs. This case clearly exceeds the limits. Therefore, no extensions of time will be given as the records and bills provided supply more than enough information to make an informed decision. At this time we are demanding your insured's full policy limits to be tendered within the next twenty five (25) days. Should you need any additional documentation to review this claim, please contact me in writing within ten (10) days from the date of this letter. Otherwise, I look forward to hearing from you in the next twenty-five (25) days to discuss settlement of this claim. Any draft issued should be made payable to Rue & Ziffra, P.A.

Sincerely yours,

Luis R. Gracia
LRG/se
Enclosures

*All Injuries Are Personal*